

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00034-CV

## IN THE INTEREST OF E.M.D., A CHILD

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 08-002283-CVD-361**

## ABATEMENT ORDER

On April 21, 2020, this Court ordered Appellant to respond to questions concerning this Court's jurisdiction and questions concerning the record. Appellant filed a response on September 15, 2020 addressing the questions of jurisdiction. The response indicated Appellant would make further requests concerning the record. This Court has not received any further correspondence from Appellant concerning the status of the record. Accordingly, we abate this appeal to the trial court for a determination on the following questions concerning the record:

1. Whether there is a record from the pretrial hearing on December 7, 2018 on Respondent's Motion to Quash and the statute of providing that record to this Court.

2. Whether there are logs from the record of the December 17, 2018 as required by TEX. R. APP. P. 13.2.

3. Whether Appellant is indigent and entitled to proceed without payment of costs as detailed in TEX. R. APP. P. 20. If it is determined that Appellant is indigent, will a transcription of the electronic recording relevant to the issues on appeal be provided as required by TEX. R. APP. P. 38.5.

We abate this appeal to the trial court to conduct any necessary hearings within 30 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3). The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 45 days of the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal abated
Order issued and filed October 21, 2020
Do not publish



Page 2